**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Catherine R. West,

Plaintiff,

vs.

Norwest Bank Iowa, N. A.,
a National Bank; and
Ramsey County,

Defendants.

Case No. 00-823 MJD/JGL

**STIPULATION AND ORDER RELATING TO EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff and Defendant Ramsey County, that Defendant Ramsey County may have until May 9, 2000 to respond to Plaintiff's Complaint.

DATED: April 24, 2000

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South 3rd Street, Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: April 26, 2000

Thomas E. Ring, #250882X
Assistant Ramsey County Attorney
50 West Kellog Boulevard
Suite 560
Saint Paul, MN 55102
(651) 266-3111
Attorney for Defendant Ramsey County

FILED APR 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

On the basis of and in accordance with the foregoing stipulation, Defendant Ramsey County shall have until May 9, 2000 to respond to Plaintiff's Complaint.

**BY THE COURT:**

DATED: April 27, 2000

Jonathan G. Lebedoff
United States Magistrate Judge