UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00 823 MJD/JGL

Catherine R. West,

Plaintiff,

v. **PRETRIAL ORDER**

Norwest Bank, N.A., el al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 3 days;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to August 1, 2000;

3. Plaintiff shall disclose all expert witnesses by November 1, 2000, and Defendants shall disclose all expert witnesses by November 1, 2000;

4. The period during which the parties may seek discovery shall be completed by April 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to July 1, 2001; and

7. This case will be considered "ready for trial" as of July 1, 2001.

DATED: June 9, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed ______________
Francis E. Dosal, Clerk
Judgment Entd. ______________
Deputy Clerk ______________