UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL FILE NO. 00-823-MJD/JGL

Catherine R. West,

Plaintiff,

vs.

Norwest Bank Iowa, N.A.,
a National Bank; and Ramsey County,

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

A settlement agreement having been reached, it is hereby stipulated and agreed by and between the parties to the above entitled matter, through their respective undersigned counsel, that the same may be and hereby is:

DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further attorney's fees and costs to any party.

Dated: June 20, 2001

Eric L. Crandall, Esq. (#189492)
275 South 3rd Street
Suite 101
Stillwater, MN 55082
(651) 430-8187

Attorney for Plaintiff Catherine R. West

Dated: June 21, 2001

SUSAN GAERTNER
Ramsey County Attorney

By
Thomas E. Ring (#25802X)
Assistant County Attorney
Ramsey County
560 Government Center W
50 West Kellogg Blvd.
St. Paul, MN 55102-1657
(651) 266-3399

Attorneys for Defendant Ramsey County

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 22, 2001

LAPP, LIBRA, THOMSON, STOEBNER
& PUSCH, CHARTERED

By [signature]
Richard T. Thomson (#109538)
Leondra M. Hanson (#294512)
Suite 2500, One Financial Plaza
120 South 6th Street
Minneapolis, MN 55402
(612) 338-5815

Attorneys for Defendant Norwest Bank
Iowa, N.A.

**ORDER FOR DISMISSAL**

BASED UPON the Stipulation of the parties, the above-captioned matter is hereby DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further attorney's fees and costs to any party.

BY THE COURT:

Date: June 29, 2001

[signature]
Honorable Michael J. Davis
United States District Court Judge